# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MALDONADO,<br><br>Defendant. | Case No. 1:23-cr-00115-ADA-BAM-5<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO COUNSEL MARIO P. TAFUR<br><br>(ECF Nos. 187, 194) |

Pursuant to the parties' stipulation entered on September 18, 2023, an arraignment on the superseding indictment in this action was held on September 27, 2023, at 2:00 p.m., in Courtroom 9. (See ECF Nos. 180, 181.) At the arraignment hearing held on September 27, 2023, Defendant Jonathan Maldonado's counsel, Mario P. Tafur, did not make an appearance.

On September 27, 2023, the Court issued an order for counsel Mario P. Tafur to show cause why sanctions should not be imposed (ECF No. 187.) On September 29, 2023, Mr. Tafur filed a response to the order to show cause. (ECF No. 194.)

The Court has reviewed Mr. Tafur's response and finds it reasonably explains the events leading to the erroneous calendaring of the hearing and ultimate absence from the hearing, and explains the actions counsel is taking to prevent such reoccurrence. The Court finds good cause to discharge the order to show cause.

///

Accordingly, IT IS HEREBY ORDERED that the order to show cause issued on September 27, 2023, as to Mario P. Tafur, (ECF No. 187), is DISCHARGED.

IT IS SO ORDERED.

Dated:  **October 2, 2023**

UNITED STATES MAGISTRATE JUDGE