```
ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN MALDONADO,<br><br>　　　　　　　　Defendant. | CASE NO. 1:23-CR-00115-TLN-BAM<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER |

**STIPULATION**

　　1.　　By previous order, this matter was set for sentencing on November 17, 2025.

　　2.　　By this stipulation, defendant now moves to continue the sentencing hearing to February 9, 2026. The defendant and defense counsel required additional time to complete the interview with Probation. Defense also requires additional time to prepare matters in mitigation and extenuation for sentencing.

　　3.　　Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

　　IT IS SO STIPULATED.

Dated:  October 24, 2025         ERIC GRANT
                                 United States Attorney


                                 /s/ ANTONIO J. PATACA
                                 ANTONIO J. PATACA
                                 Assistant United States Attorney


Dated:  October 24, 2025         /s/ MARIO TAFUR
                                 MARIO TAFUR
                                 Counsel for Defendant
                                 Jonathan Maldonado

**ORDER**

The sentencing hearing set for November 17, 2025, is hereby continued to February 9, 2026, at 10:00 a.m in Courtroom 5 before District Judge Dale A. Drozd.

Dated: October 27, 2025

_____
Troy L. Nunley
Chief United States District Judge

3