Mario Tafur, Esq. (SBN: 329899)
mario@thebulldog.law
**BULLDOG LAW, P.C.**
500 N. Central Avenue, Ste. 610
Glendale, CA 91203
Telephone: (949) 649-3007
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 1:23-CR-00115-TLN-EPG-5 |
| Plaintiff, | ) |
| vs. | ) **ORDER DENYING DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| JONATHAN MALDONADO, | ) |
| Defendant. | ) |

Pursuant to Local Rule 141, defendant has applied to this Court for an order permitting him to file under seal defendant's stipulation to continue sentencing.   Because counsel for defendant Maldonado has made no attempt to demonstrate that the filing of the sentencing memorandum under seal is necessary or appropriate, that motion will be denied.  This order is without prejudice to the filing of a properly supported motion.

IT IS SO ORDERED.

Dated:   **February 3, 2026**                   _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE