Mario Tafur, Esq. (SBN: 329899)
mario@thebulldog.law
**BULLDOG LAW, P.C.**
500 N. Central Avenue, Ste. 610
Glendale, CA 91203
Telephone: (949) 649-3007
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 1:23-CR-00115-DAD-EPG-5 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO FILE UNDER SEAL** |
| | ) **DEFENDANT'S SENTENCING** |
| JONATHAN MALDONADO, | ) **MEMORANDUM** |
| Defendant. | ) |

Pursuant to Local Rule 141, defendant has applied to this Court for an order permitting him to file under seal defendant's stipulation to continue sentencing.

**GOOD CAUSE APPEARING**, Defendant's request is granted. The Clerk is directed to maintain the unredacted sentencing memorandum submitted by defendant Jonathan Maldonado on or about February 18, 2026, under seal in accordance with the provisions of Civil Local Rule 141, while the redacted version (Doc. No. 445) remains on the public docket.

IT IS SO ORDERED.

Dated:   **February 19, 2026**          _Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE